UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No: 1:17-cv-12107-LTS

TORII BOTTOMLEY
*Plaintiff*

, v.

BOSTON PUBLIC SCHOOL ET. AL.
*Defendant*

ORDER OF SHOW CAUSE
JUNE 22, 2018

SOROKIN, J.

It is hereby ORDERED that Plaintiff twenty five (25) days from the date of this Order to respond to [13] Defendants' Motion to Dismiss or show cause why Defendants' Motion to Dismiss should not be allowed.  Plaintiff's failure to comply with this Order will result in the dismissal of her complaint.

SO ORDERED.

    /s/ Leo T. Sorokin
United States District Judge